IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES SCHARFSCHWERDT,

      Appellant,

 v.

Case No.  5D22-2670
LT Case No. 2010-CF-2118

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 13, 2023

3.800 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Robert David Malove, of The Law Office
of Robert David Malove, Ft. Lauderdale,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

    AFFIRMED.


JAY, HARRIS and MACIVER, JJ., concur.